# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| CITIFINANCIAL SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY, 300 ST. PAUL PLACE, BALTIMORE, MD 21202, | : : : : : : | No. 451 WAL 2017<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| Respondent | : : : : : | |
| v. | : : : : | |
| TRACEY A. WILSON, DARRELL A. ARBORE, A/K/A DARRELL ARBORE, 690 ADELE DRIVE, NORTH HUNTINGDON, PA 15642, | : : : : : : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.